William Williams, Appellant, *v.* Charles R. Buckley et al., Respondents.

*Williams* v. *Buckley*, 100 App. Div. 517, affirmed.
(Argued December 10, 1906; decided January 8, 1907.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 25, 1905, affirming a judgment in favor of defendants entered upon a decision of the court on trial at Special

Term in an action to set aside a deed and will on the ground of incompetency and undue influence.

*F. J. Moissen* for appellant.

*W. P. Prentice* and *R. K. Prentice* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ.